**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Francisco Javier GONZALEZ–LEON,**
**Defendant—Appellant.**

No. 05–30357.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 14, 2006.

Aaron N. Lucoff, Esq., Office of the U.S. Attorney, Boise, ID, for Plaintiff-Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Thomas M. Monaghan, Esq., Federal Defenders of Eastern Washington & Idaho, Boise, ID, for Defendant-Appellant.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Francisco Gonzalez–Leon appeals the sentence imposed following his guilty plea to illegal reentry of a deported alien, in violation of 8 U.S.C. § 1326(a). Gonzalez–Leon, who brings this appeal to preserve his rights in the event the Supreme Court should ultimately decide to overturn *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), contends that the district court violated his constitutional rights in enhancing his sentence under 8 U.S.C. § 1326(b)(2) and U.S.S.G. § 2L1.2(b)(1)(A) because of a fact—the prior commission of an felony drug-trafficking crime—neither charged in the indictment, proved beyond a reasonable doubt to a jury, nor admitted as part of the guilty plea. This contention is foreclosed. *See United States v. Weiland*, 420 F.3d 1062, 1079 n. 16 (9th Cir.2005).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.